**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 22-6619**

―――――――――――

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

LEONEL ROMEO CAZACO, a/k/a Phil, a/k/a Jimmy Fingers, a/k/a Frank Nisbett, a/k/a James Romeo Nelson, a/k/a Scott,

        Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:96-cr-00066-REP-EWH-6)

―――――――――――

Submitted:  September 22, 2022             Decided:  September 27, 2022

―――――――――――

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Andrew Michael Stewart, LAW OFFICE OF ANDREW M. STEWART, Arlington, Virginia, for Appellant.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leonel Romeo Cazaco appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release.  Upon review, we discern no abuse of discretion in the district court's determination that, under the pertinent 18 U.S.C. § 3553(a) sentencing factors, compassionate release was not warranted.  *See United States v. Kibble*, 992 F.3d 326, 329-31 (4th Cir.) (providing standard of review and outlining steps for evaluating compassionate release motions), *cert. denied*, 142 S. Ct. 383 (2021).  Accordingly, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*